

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-11-00247-CV |
| | § | Appeal from the |
| IN THE INTEREST OF L.C.W., A CHILD. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2010CM1397) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating